Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSCAR PAVON,

     Plaintiff,

  vs.

CLARK COUNTY, ex, rel., CLARK COUNTY FIRE DEPARTMENT; BILLY SAMUELS in his official capacity,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:25-cv-02223-CDS-EJY

STIPULATION AND ORDER CONTINUING THE DATE OF THE EARLY NEUTRAL EVALUATION CONFERENCE

[LR 7-1; LR IA 6-2]

(First Request)

   IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that the Early Neutral Evaluation ("ENE") currently set for Monday, June 15, 2026, at 10:00 a.m., be continued to preferably the following dates in July 2026, July 2nd, July 9th, July 13th, July 16th or July 22nd.

   Said continuance is being stipulated to because Plaintiff's counsel is out of town at the State Bar Conference from June 14th to June 20th which predated the initial setting of the ENE.

   No previous extensions have been requested or granted as to continuing the ENE.

1

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq., SBN 9370
10726 Del Rudini St.
Las Vegas, NV 89141

*Attorney for Plaintiff Oscar Pavon*

Dated: May 15, 2026

STEVEN B. WOLFSON
District Attorney, Civil Division

/s/ Scott Davis
Scott Davis, Esq., SBN 10019
500 South Grand Central Parkway
Las Vegas, NV 89155

*Attorneys for Defendants Clark County Fire Department and Billy Samuels*

Dated: May 15, 2026

## **ORDER**

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for June 15, 2026, is **VACATED** and **RESET** for **July 2, 2026, at 10:00 a.m.** in **Courtroom 3B.**

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on June 25, 2026.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 9) shall remain in effect.

DATED:  5/19/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE